# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN SHADE,<br><br>            Plaintiff,<br><br>     vs.<br><br>CIGNA LIFE INSURANCE COMPANY OF NEW YORK, SALOMON SMITH BARNEY, INC. LONG TERM DISABILITY PLAN;<br><br>            Defendants. | Case No.: SACV 07-1319 DOC (RNBx)<br><br>[Judge: Hon. David O. Carter]<br><br>**ORDER RE STIPULATION TO DISMISS CASE WITH PREJUDICE** |

   This case is dismissed with prejudice.  It is so ordered.

DATED:  July 30, 2008

*/s/ David O. Carter*
_____
Hon. David O. Carter
Judge of the United States District Court